NO. 07-02-0028-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



APRIL 9, 2002



______________________________




STEVEN MORSE, APPELLANT



V.



TEXAS DEPARTMENT OF PUBLIC SAFETY, APPELLEE




_________________________________



FROM THE COUNTY COURT AT LAW #2 OF MONTGOMERY COUNTY;



NO. 01-15,854; HONORABLE JERRY WINFREE, JUDGE



_______________________________



Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

 Appellant Steven Morse filed a Motion to Dismiss Appeal on April 8, 2002, averring
that he no longer wishes to prosecute his appeal. The Motion to Dismiss is signed by both
appellant and his attorney. 

 Without passing on the merits of the case, appellant's motion for voluntary dismissal
is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed 


the appeal at appellant's personal request, no motion for rehearing will be entertained and
our mandate will issue forthwith. 



 Phil Johnson

 Justice









Do not publish.



App. P. 38.8(b)(4), 43.2(f). 


 Mackey K. Hancock

 Justice



Do not publish.